# EXHIBIT A

IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

**TIMOTHY MUNDY**

PLAINTIFF

CIVIL ACTION NUMBER: 21A02424

VS.

**AMERICAN MEDICAL RESPONSE INC.**

DEFENDANT

# SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**The Mignott Law Group, LLC
4945 Presidents Way
Tucker, Georgia 30084**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **19** day of **MAY**, 20**21**.

Richard T. Alexander, Jr.,
Clerk of Superior Court

Siana Smith
By_____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

STATE COURT OF
DEKALB COUNTY, GA.
5/19/2021 7:07 PM
E-FILED
BY: Siana Smith

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __DEKALB__ County

**For Clerk Use Only**
Date Filed  5/20/2021
MM-DD-YYYY

Case Number  21A02424

**Plaintiff(s)**
MUNDY, TIMOTHY
Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

**Defendant(s)**
AMERICAN MEDICAL RESPONSE, INC.
Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Last     First     Middle I.     Suffix     Prefix

Plaintiff's Attorney __MARSHA W. MIGNOTT, ESQ.__   Bar Number __141933__   Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.18

STATE COURT OF
DEKALB COUNTY, GA.
5/19/2021 7:07 PM
E-FILED
BY: Siana Smith

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TIMOTHY MUNDY) | |
| ) | CIVIL ACTION 21A02424 |
| Plaintiff, ) | FILE NO.: _____ |
| vs. ) | |
| ) | |
| AMERICAN MEDICAL RESPONSE, INC. ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR DAMAGES AND OTHER RELIEF

**COMES NOW**, TIMOTHY MUNDY, Plaintiff in the above styled action and files this, his Complaint for Damages and other relief against the Defendant, AMERICAN MEDICAL RESPONSE, INC as follows:

1.

Plaintiff is a citizen and resident of Dekalb County, Georgia.

2.

Defendant is a Delaware Corporation located at 6363 S. Fiddler's Green Circle, Suite 1400, Greenwood Village, CO, 80111. Defendant operates an ambulance service in Dekalb County and the incident at issue occurred in Dekalb County, Georgia. Defendant may be personally served by and through their registered agent Corporation Service Company located at 2 Sun Court, Suite 400, Peachtree Corners, Georgia, 30092.

3.

Jurisdiction and Venue is proper in Dekalb County.

## FACTUAL ALLEGATIONS

4.

On June 20, 2019, Plaintiff, Timothy Mundy, was in his home located at 1123 Old Coach Road, Stone Mountain, Georgia 30083, when he fell and injured his right knee.

5.

Plaintiff's wife called 911 for emergency assistance and was instructed by the 911 operator for Plaintiff to remain on the floor until the Emergency Medical Technicians ("EMT") and Paramedics arrived.

6.

Upon the arrival of the ambulance, two (2) undisclosed technicians were drawn to Plaintiff's knee injury, specifically the fact that the knee bone was protruding through the skin and was dislocated from the knee socket.

7.

A preliminary evaluation of the Plaintiff's injury occurred and one of the technicians asked Plaintiff to stand and take some steps. Plaintiff managed to stand with the assistance of the technician; however, he was unable to stand and walk unassisted. Plaintiff began to take an assisted step when he was released by one of the technician's and his knee gave out which caused him to fall a *second* time. Said fall resulted in an injury to Plaintiff's left shoulder, in addition to his knee injury.

8.

Defendant failed to assess and handle Plaintiff's emergency with due regard for the safety of the patient. The actions of the Defendant's employees jeopardized the health and/or safety of a patient, resulting in abandonment and mistreatment of the Plaintiff.

9.

Plaintiff fell a *second* time under the care of the emergency technicians. The torque and unrelenting force of said fall, resulted in Plaintiff being taken to the hospital with a need for surgery for both injuries.

10.

Plaintiff, Timothy Mundy was seriously injured as a direct result of the *second* fall caused by the Defendant.

11.

As a result of the above-described fall, Plaintiff Timothy Mundy was taken to Dekalb Medical Center emergency room department and had to undergo surgery on his right knee and left shoulder for his torn rotator cuff. Moreover, Plaintiff's quality of life walking and lifting is not the same as prior to the incident; in that, his knee and shoulder injury will affect him for the rest of his life.

12.

Plaintiff suffered and continues to suffer physical and mental pain and suffering; has incurred medical expenses and will incur future medical expenses for medical care and attention in the future; and has suffered and will continue to suffer a diminution in the quality of his physical health and quality of life as a direct result thereof. Said damages should be measured by the enlightened conscience of a fair and impartial jury.

13.

Plaintiff claims all general and special damages allowed by Georgia Law, which may be proved at trial.

## COUNT I

### (Simple Negligence)

14.

Plaintiff Timothy Mundy incorporates by reference paragraphs "1" through "13" of his complaint into Count I as if fully set forth herein.

15.

Defendant's actions were negligent, causing personal injuries to Plaintiff. Plaintiff is entitled to compensatory, general, special and actual damages in an amount to be determined by the enlightened conscience of the jury.

## COUNT II

### (Negligence Per Se)

16.

Plaintiff Timothy Mundy incorporates by reference paragraphs "1" through "15" of his complaint into Count II as if fully set forth herein.

17.

Defendant American Medical Response, Inc. failed to exercise due regard in violation of Ga. Code Rule 511-9-2-.18 (Standard of Conduct for Licensee)

18.

Defendant took action that jeopardized the health or safety of a patient, including without limitation the abandonment or mistreatment of a patient regard in violation of Ga. Code Rule 511-9-2-.18 (Standard of Conduct for Licensee) and negligent conduct, therefore, your actions were negligent per se in causing injuries to Plaintiff TIMOTHY MUNDY thus entitling him to damages.

19.

The Defendant's negligence includes, but is not limited to, the following facts or omissions:

(a) Defendant American Medical Response, Inc causing Plaintiff to fall a *second* time after his emergency call to 911;

(b) Defendant American Medical Response, Inc failed to exercise ordinary care to prevent injury to Plaintiff TIMOTHY MUNDY;

(c) Defendant American Medical Response, Inc failed to exercise due regard to prevent injury to Plaintiff TIMOTHY MUNDY;

(d) Defendant American Medical Response, Inc technicians asked the Plaintiff to walk despite his knee bone protruding through his knee in violation of O.C.G.A. § 31-11-81(1);

(e) Defendant American Medical Response, Inc violated Ga. Code Rule 511-9-2-.18 (Standard of Conduct for Licensee), with such violation, and others, amounting to negligence per se;

(f) Defendant American Medical Response, Inc violated O.C.G.A. § 31-11-81(1); Placing the patient's health in serious jeopardy; Serious impairment to bodily functions; or Serious dysfunction of any bodily organ or part with such violation, and others, amounting to negligence per se; and

(g) By committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

20.

Plaintiff TIMOTHY MUNDY is entitled to compensatory, general and special damages, in an amount to be determined by the enlightened conscience of the jury.

## COUNT III

### (Respondeat Superior)

21.

Plaintiff Timothy Mundy incorporates by reference paragraphs "1" through "20" of his complaint into Count III as if fully set forth herein.

22.

Plaintiff submits that the Defendant's employees/agents were acting within the scope of their employment at the time of Plaintiff's injuries; therefore, O.C.G.A. 51-2-4 an employer is liable for injuries to another proximately resulting from the acts of an employee committed within the scope of his or her employment.

## COUNT IV

### (Attorney's Fees and Expenses of Litigation)

23.

Plaintiff Timothy Mundy incorporates by reference paragraphs "1" through "22" of his complaint into Count IV as if fully set forth herein.

24.

There is no bona fide controversy as to the liability of the Defendant for the fall and for the resulting injuries and damages suffered by Plaintiff as stated herein. In the event Defendant denies responsibility for any part of the fall or its consequences, Plaintiff is entitled to recover his

costs of litigation, including reasonable attorney's fees, pursuant to the provisions of O.C.G.A. § 13-6-11.

**WHEREFORE**, Plaintiff prays:

(a) That process and summons issue, as required by law, requiring Defendants to appear and answer Plaintiff's Complaint for Damages and Other Relief;

(b) That Plaintiff have a trial by jury;

(c) That Plaintiff has and recovers damages sufficient to compensate him fully, fairly and completely for all his losses compensable under Georgia law;

(d) The Plaintiff has and recover his costs of litigation, including reasonable attorney's fees; and

(e) That Plaintiff have such other and further relief as this Court may deems just and proper.

This 19th day of April, 2021.

/s/ *Marsha W. Mignott*
Marsha W. Mignott
Georgia Bar No. 141933
Attorney for Plaintiff

**THE MIGNOTT LAW GROUP, LLC**
4945 Presidents Way
Tucker, Georgia 30084
(770) 621-5499 Office
(770) 621-5496 Fax
lawyers@mignottlaw.com

STATE COURT OF
DEKALB COUNTY, GA.
5/19/2021 7:07 PM
E-FILED
BY: Siana Smith

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TIMOTHY MUNDY | ) | |
| | ) | CIVIL ACTION 21A02424 |
| Plaintiff, | ) | FILE NO.:_____ |
| vs. | ) | |
| | ) | |
| AMERICAN MEDICAL RESPONSE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## VERIFICATION

IN PERSON before the undersigned officer authorized by law to administer oaths appeared **TIMOTHY MUNDY**, who after being first duly sworn according to law, on oath deposes and states that the facts alleged within the foregoing Pleading are true and correct to the best of his direct knowledge, understanding, and belief.

_____
**TIMOTHY MUNDY**

Sworn to and subscribed before me
This 29th day of April, 2021.

_____
Notary Public
My Commission Expires: March 18, 2022

STATE COURT OF
DEKALB COUNTY, GA.
5/19/2021 7:07 PM
E-FILED
BY: Siana Smith

IN THE STATE COURT OF DEKALB COUNTY 

STATE OF GEORGIA

RE: Permanent Process servers

STANDING ORDER

Pursuant to O.C.G.A. § 9-11-4 (c), this court provides herein that any person who has completed the application process for appointment as a permanent process server in the Superior Court of DeKalb County in 2019, and has been appointed as a permanent process server in said Court for 2019, shall be deemed to be appointed as a permanent process server in the State Court of DeKalb County. Permanent process servers wishing to rely upon this order shall be required to attach a copy of their Superior Court order of appointment to any affidavit of service that is required to be filed with the Court. All appointments arising pursuant to this order shall be effective until midnight, December 31, 2019.

SO ORDERED, this  7  of January 2019.

_____
Wayne M. Purdom, Chief Judge

FILED IN THIS OFFICE
THIS 7 DAY OF Jan. 2019
_____
Clerk, State Court, DeKalb County

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

IN RE:

MOTION FOR APPOINTMENT AS       :     CIVIL ACTION FILE NUMBER:
PERMANENT PROCESS SERVER      :
                                                           :     20MPR1243
                                                           :

PURSUANT TO O.C.G.A. §9-11-4(c)

## ORDER APPOINTING PERMANENT PROCESS SERVER
## FOR CALENDAR YEAR 2021

The foregoing motion having been read and considered, it is HEREBY ORDERED that the following individual(s) is/are appointed as a permanent process server pursuant to O.C.G.A. §9-11-4(c):

### JAMES S BASHAM

This appointment shall be effective until midnight December 31, 2021.

IT IS SO ORDERED this 9th of December 2020.

_____
Honorable Asha F. Jackson
Chief and Administrative Judge
Superior Court of DeKalb County
Stone Mountain Judicial Circuit

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TIMOTHY MUNDY,

    PLAINTIFF,

VS.

AMERICAN MEDICAL RESPONSE, INC.

    DEFENDANT'S,

CASE #: 21A02424

STATE OF GEORGIA
WALTON COUNTY

## AFFIDAVIT OF SERVICE

Personally, appeared before the undersigned, an officer duly authorizes by law to administer oaths, James Basham, a United States Citizen and over the age of 18 years after being duly sworn, deposes and states that the statements set forth below are true and accurate.

1.

On **MAY 20, 2021,** at approximately **11:45 A.M., American Medical Response, Inc.,** Defendant in the above referenced matter, was served with the Summons, General Civil and Domestic Relations Case Filing Information Form, Complaint for Damages and Other Relief and Verification. Service was perfected on Barry Smith, an authorized agent of Corporation Service Company, the reported Registered for American Medical Response, Inc. Service was perfected at 2 Sun Ct. Peachtree Corners, Georgia 30092.

Sworn to and Subscribed before me
this 14th day of May 2021.

_LaDonna Gauntt_
NOTARY PUBLIC
My commission expires on  11/21/21

Affiant, James Basham

STATE COURT OF
DEKALB COUNTY, GA.
5/25/2021 4:39 PM
E-FILED
BY: Michelle Cheek

Copy from re:SearchGA

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

IN RE:

MOTION FOR APPOINTMENT AS : CIVIL ACTION FILE NUMBER:
PERMANENT PROCESS SERVER :
: 20MPR1243
:

PURSUANT TO O.C.G.A. §9-11-4(c)

### ORDER APPOINTING PERMANENT PROCESS SERVER
### FOR CALENDAR YEAR 2021

The foregoing motion having been read and considered, it is HEREBY ORDERED that the following individual(s) is/are appointed as a permanent process server pursuant to O.C.G.A. §9-11-4(c):

### JAMES S BASHAM

This appointment shall be effective until midnight December 31, 2021.

IT IS SO ORDERED this 9th of December 2020.

_____
Honorable Asha F. Jackson
Chief and Administrative Judge
Superior Court of DeKalb County
Stone Mountain Judicial Circuit

Copy from re:SearchGA

# IN THE STATE COURT OF DEKALB COUNTY

## STATE OF GEORGIA

RE:   **Permanent Process Servers**

### STANDING ORDER

Pursuant to O.C.G.A. § 9-11-4 (c), this Court provides herein that any person who has completed the application process for appointment as a permanent process server in the Superior Court of DeKalb County for 2021, and has been appointed as a permanent process server in said Court for 2021, shall be deemed to be appointed as a permanent process server in the State Court of DeKalb County. Permanent process servers wishing to rely upon this order shall be required to attach a copy of their Superior Court order of appointment to any affidavit of service that is required to be filed with the Court. All appointments arising pursuant to this order shall be effective until midnight, December 31, 2021.

SO ORDERED, this __8__ of December 2020.

_____
Wayne M. Purdom, Chief Judge
State Court of DeKalb County

FILED IN THIS OFFICE
THIS 8th DAY OF December 20 20

_____
Clerk, State Court, DeKalb County

Copy from re:SearchGA