# EXHIBIT B



# GEORGIA CORPORATIONS DIVISION

## GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **AMERICAN MEDICAL RESPONSE, INC.** | Control Number: | **0614376** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **6363 S. Fiddler's Green Circle, Suite 1400, Greenwood Village, CO, 80111, USA** | Date of Formation / Registration Date: | **2/28/2006** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2021** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Michael Preissler | CFO | 209 State Highway 121 Bypass, Suite 21, Lewisville, TX, 75067, USA |
| Randel G. Owen | CEO | 6363 S. Fiddlers Green Circle, Suite 1400, Greenwood Village, CO, 80111, USA |
| Thomas A.A. Cook | Secretary | 1001 Boardwalk Springs Place, Suite 250, O'Fallon, MO, 63368, USA |

Back

Filing History    Name History

Return to Business Search