# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TIMOTHY MUNDY,<br><br>Plaintiff,<br>v.<br><br>AMERICAN MEDICAL RESPONSE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>1:21-cv-02506-TCB |

**DEFENDANT AMERICAN MEDICAL RESPONSE, INC.'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST CONTINUING INTERROGATORIES**

COMES NOW defendant American Medical Response, Inc. ("this Defendant") and without waiving any of its earlier objections or responses, hereby supplements the following numbered paragraphs of its previously served responses to Plaintiff's First Continuing Interrogatories, as follows:

3.

Identify each person whom you expect to call as an expert witness at any hearing or the trial of this case, and with respect to each such person, please state:

a) The substance of the facts and opinions to which such person is expected to testify;

b) The grounds and bases for each such opinion;

c) All publications authored in any part by such person which relates in substance to such person's opinion(s) in this case; and

d) The home and business address and telephone number, education, training and licenses of such person;

e) The subject matter and the particular questions or investigations on which such person has been consulted, but which is not expected to testify; and

f) Each case, giving the court, style and case number, in which the individual had previously testified, either by deposition, affidavit, or in person, giving the dates of the testimony, identification of a person known to have a transcript of each testimony, the name of the party whose behalf the testimony was given and summary of the testimony.

Original Response: This Defendant objects to this Interrogatory as premature. This Defendant further objects to the extent this Interrogatory seeks information that is not discoverable pursuant to Fed. R. Civ. P. 26(a)(2). Subject to and without waiving said objections, this Defendant has not yet determined whether it will call an expert witness to testify at the trial of this matter. This Defendant will comply with any scheduling orders and the expert disclosure requirements of the Federal Rules of Civil Procedure.

**<u>Supplemental Response</u>: This Defendant will likely call Jon Hyman, M.D. as an expert witness at trial on the issues of medical causation. A copy of Dr. Hyman's current curriculum vitae is attached hereto and incorporated by reference as if stated verbatim. Dr. Hyman's opinions will be based upon his knowledge, skill, experience, training, and education as well as his review of the medical records. Dr. Hyman will endeavor to produce his Rule 26 expert report by March 28. However, Dr. Hyman reserves the right to supplement and/or modify his opinions as discovery progresses or the need arises, including but not limited to deposition testimony of the Plaintiff and/or treating physicians. This Defendant also expressly reserves the right to re-designate Dr. Hyman in the future as a consulting expert only.**

Respectfully submitted this 24th day of February, 2022.

*/s/ Arthur J. Park*
Arthur J. Park
Georgia Bar No. 227992
Caitlin L. Amick
Georgia Bar No. 866013
*Counsel for defendant American Medical Response, Inc.*

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway
Suite 1500
Atlanta, GA 30338
Telephone: 404-256-0700

Facsimile: 404-250-9355
apark@mfllaw.com
camick@mfllaw.com

# Curriculum Vitae

## Jon Hyman, M.D.

04/20/2020

**Office Practice Locations:**

1462 Montreal Road Suite 101
Tucker, GA 30084

3200 Downwood Circle, Suite 340
Atlanta, GA 30327

Phone: (770) 363-8770 Fax: (770) 436-8042

Public email: **team@drjonhyman.com**

web: **www.drjonhyman.com**

**www.jonhymanmd.com**

## EDUCATION

**Advanced Surgical Training 2016**
**Hip Labral Reconstruction**
Steadman-Philippon Clinic,
Vail, Co
Dr. Brian White
Denver, Co

**Advanced Traveling Fellowship Training 2007**
**Hip Arthroscopic Surgery**
Steadman-Hawkins Clinic,
Vail, CO
Hospital for Special Surgery
New York, New York
Nashville Sports Medicine and Orthopaedic Center
Nashville, TN

**Accredited Advanced Fellowship Training 1999-2000**
**Sports Medicine and Shoulder Service**
Hospital for Special Surgery
New York, New York

**Residency in Orthopedic Surgery 1997-1999**
**Hospital for Special Surgery**
New York, New York

**Residency in Orthopedic Surgery 1995-1997**
Emory University Hospitals
Atlanta, Georgia

**Internship in General Surgery 1994-1995**
Emory University Hospitals
Atlanta, Georgia

**Doctor of Medicine (M.D.) 1990-1994**
Harvard Medical School
Boston, Massachusetts

**Bachelor of Science(B.S.) Biological Sciences - with Honors 1986-1990**
Stanford University
Stanford, California

## HONORS AND AWARDS

2019 Top Doctor Atlanta Magazine

2018 Top Doctor Atlanta Magazine

2017 Top Doctor Atlanta Magazine

2016 Top Doctor Atlanta Magazine

2015 Atlanta Voice Top 50 Under 50; Orthopedic Surgeon

2009 Inductee International Society for Hip Arthroscopy

2005 Fellow Inductee American Academy of Orthopaedic Surgeons

1999 Lewis Clark Wagner Outstanding Research Award for Chief Orthopaedic Resident - HSS

1999 Best Poster - American Orthopaedic Association 32nd Annual Resident's Conference

1997 Kelly Orthopaedic Society - Best Overall Scientific Paper-Emory Orthopedics

1994 Upjohn Achievement Award - Harvard Medical School

1993 Baxter Foundation Scholarship - Academic Excellence - Harvard Medical School

1992 National Medical Fellowship - Harvard Medical School

1991 National Medical Fellowship - Harvard Medical School

1991 Paul Dudley White Traveling Fellowship - Harvard Medical School

1990 Stanford Community Award - Academic Excellence

1990 Stanford Alumni Scholarship

1989 Stanford Community Award - Academic Excellence

1989 Stanford Alumni Scholarship

## WORK EXPERIENCE

Medical Director of the Hip Arthroscopy Center, Advanced Orthopedic Surgery Center, Tucker, GA
Teaching Consultant: Hip Needle Arthroscopy Mi-Eye2 Trice Medical (2018-present)

Medical Director of the Hip Arthroscopy Center, Emory Adventist Hospital, Smyrna, GA
Teaching Consultant: Hip Arthroscopy; Smith Nephew Endoscopy (2007-2014)

Private Practice:
Current: **Jon L. Hyman, MD, PC**: Specializing in Arthroscopic Treatment of Disorders of the Shoulder, Hip and Knee, Cartilage Resurfacing and Sports Medicine.

Previous: Atlanta Sports Medicine and Orthopaedic Center; Resurgens Orthopedics and the Peachtree Orthopedic Clinic - Sports Medicine Center: Specializing in Disorders of the Shoulder and Knee Cartilage Resurfacing, Sports Medicine.

## SPORTS MEDICINE EXPERIENCE / TEAM COVERAGE

Assistant Team Orthopaedist - Atlanta Falcons Professional Football Team (2000, 2006, 2007) NFL

Assistant Team Orthopaedist - Atlanta Thrashers Professional Hockey Team (2006, 2007) NHL

Assistant Team Orthopaedist - Atlanta Hawks Professional Basketball Team (2000,2001,2002) NBA

Assistant Team Orthopaedist - New York Giants Professional Football Team (1999-2000) NFL

Team Orthopaedist - Atlanta Xplosion - Women's Football Team, IWFL

Team Orthopaedist - Tucker High School Football, GHSA

Assistant Team Orthopaedist - World Basketball Association Prelims, WBA

Assistant Team Orthopaedist - Iona College Hockey Team, NCAA

Assistant Team Orthopaedist - PSAL New York High School Football

Assistant Team Orthopaedist / Stadium – New York Mets Professional Baseball; MLB

**TRAINING**

USA National Traveling Fellow, Hip Arthroscopy, 2007

Fellow, Sports Medicine and Shoulder Service, Hospital for Special Surgery, NY, NY 8/99 - 7/00

Orthopedic Fellow, New York Football Giants, NJ 1999 8/99 to 7/00

Resident, Orthopaedic Surgery, Hospital for Special Surgery, New York, NY 6/97 - 6/99

Resident, Orthopaedic Surgery, Emory University Hospitals, Atlanta, GA 7/95 - 6/97

Intern, General Surgery, Emory University Hospitals, Atlanta, GA 7/94- 6/95

Scientist, Merck Pharmaceuticals, Dept. of Bone Biology, West Point, PA 6/93 - 8/93

**PUBLICATIONS**

**Hyman, J.,** Labral tears of the Hip; Journal of the Cobb County Medical Society, *SCRIPTS*, 24 (2015)

**Hyman, J.,** Practical Implications of the Sunshine Act Explained in Detail; *Orthopedics Today* (2013)

**Hyman, J.** et al, Social Media: Orthopedists Discuss its Role as a Surgeon's Friend, Foe, or Both *Orthopedics Today* (2012)

**Hyman, J.**, Luks, H. J., & Sechrest, R. Online professional networks for physicians: risk management. *Clinical Orthopaedics and Related Research®, 470*(5), 1386-1392. (2012)

Williams RJ, **Hyman J**, Wickiewicz T. Four Strand Hamstring Tendon Autograft Reconstruction of the Anterior Cruciate Ligament. J Bone Joint Surgery (Am) (2004)

Rohrbough J, Altchek D, **Hyman J**, Williams RJ, Botts J. Medial Collateral Ligament Reconstruction of the Elbow using the Docking Technique. American Journal of Sports Medicine. Vol 30. No. 4. (2002)

**Hyman J** and Warren, RF. Extra-Articular Long Head of Biceps Tendon: A Case Report & Review of the Literature. Journal of Arthroscopy and Related Research, 2000 online journal.

**Hyman, J** and Moore, TJ. Anatomy of the Distal Knee Joint and Pyarthrosis Following External Fixation. Journal of Orthopedic Trauma Vol 13, No. 4, pp. 241-246, 1999

**Hyman J**, Salvati E, Laurencin C, Rogers D, Brause B, Maynard, M. The Arthroscopic Treatment of Acute Total Hip Arthroplasty Infections: Mean Six-Year Follow-Up
Journal of Arthroplasty, Vol 14, No 8, 1999: pp 903-910.

**Hyman J**, Potter HP, Johnson T, Hannafin J, Rozental T, Wickiewicz T, Warren RF. MRI Diagnosis of Partial Tears of the Anterior Cruciate Ligament: Correlation with Arthroscopy. Orthopaedic Transactions. Vol. 22, No. 4, 1998-99

**Hyman J**, Salvati E, Laurencin C, Rogers D, Brause B (1998). Arthroscopy for Debridement of Late, Acute Total Hip Arthroplasty Infections. Seminars in Arthroplasty, Vol 9, No 4, 1998: pp. 319-326

Zimolo Z, Wesolowski G, Tanaka H, **Hyman J**, Hoyer JR, Rodan GA Soluble v 3 Integrin Ligands Increase Intracellular [Ca++] in Rat Osteoclasts and Mouse Derived Osteoclast-like Cells. American Journal of Physiology 266:C376-81, 1994

**TEXTBOOK CHAPTERS**

**Hyman J**, Rodeo S and Wickiewicz T. (2002) Patellofemoral Tendinopathies. The Adult Knee, Wickiewicz, ed.

**Hyman, J** and Rodeo S (2000) Tendon/Ligament Injury and Repair. Physical Medicine and Rehabilitation Clinics of North America. 11:2, 267-288, 2000.

**Hyman, J**, Breazeale N, Altchek, D (2000) Valgus Instability of the Elbow. Clinics in Sports Medicine

Altchek, DW, **Hyman J** et. al. Management of MCL Injuries of the Elbow in Throwers. Techniques in Shoulder & Elbow Surgery. (2000)

**Hyman J**, Rodeo S and Wickiewicz T. (2000) Patellofemoral Tendinopathies. DeLee, Drez & Miller: DeLee and Drez's Orthopaedic Sports Medicine, edition 2.

**ABSTRACTS / POSTERS**

MRI Findings in Early Ulnar Collateral Ligament Injury in Pitchers: Correlation with Outcome
Marx R, **Hyman J**, Potter HG, Altchek DW - HSS - New York, NY (1999)

Four Strand Hamstring Tendon Autograft Reconstruction of the Anterior Cruciate Ligament: Two-Year Follow-up.
**Hyman J**, Williams RJ. Wickiewicz T. HSS - New York, NY
American Academy of Orthopaedic Surgeons Annual Meeting (1999).

**Hyman J**, Potter HP, Johnson T, Hannafin J, Rozental T, Wickiewicz T, Warren RF. MRI Diagnosis of Partial Tears of the Anterior Cruciate Ligament: Correlation with Arthroscopy. American Academy of Orthopaedic Surgeons Annual Meeting (1998).

**OTHER SCIENTIFIC INVESTIGATION**

Pending Review: Arthroscopic Debridement/Drilling of AVN in the Knee. **Hyman, J** and Wickiewicz, T; New York, NY,

First metatarsal phalangeal joint arthrodesis: single Accutrak screw fixation. **Hyman J**, Sexton A, Carson E, Bailey E, Hutton W. Emory - Atlanta, GA

A new protocol to enrich and purify populations of rat Osteoclasts isolated from long bones of newborn rats. Zimolo Z, **Hyman JL**, Rodan GA Merck Labs - Philadelphia, PA

The distribution of lipofuscin and melanin in the retinal pigment epithelium of prenatal, perinatal and neonatal eyes with blue and brown irides. Dorey K, **Hyman JL**. Harvard - Boston, MA

Immunotherapy of brain tumor in mice using Corynebacterium parvum and Interleukin-2. Conley FK, **Hyman JL**. Stanford - Palo Alto, CA

Mapping the Human L-myc Gene. Birrer MJ, Battey J, **Hyman JL**. NIH - Bethesda, MD

**CONFERENCE PRESENTATIONS**

Speaking Offer: "Unanticipated Ways an Exceptional Orthopedic Expert Witness Can Help Your Clients" Atlanta, GA, Georgia Trial Lawyers Association. Speaker's Bureau offer declined. (2019)

Faculty Instruction: Hip Mi-Eye Needle Arthroscopy Surgeon Instruction; Tampa, Fl (2018)

Guest Speaker: Workers Comp Meeting with Caduceus: Atlanta, Ga (2017)

Guest Speaker: Sports Medicine Symposium, Labral Tears of the Hip, (2015)

Faculty Instruction: Functional Fitness Anatomy Lab; Atlanta, Ga., (2014)

Guest Speaker: 7th Annual Rehab Summit Conference, Las Vegas, NV (2013)

Guest Speaker: Hip Symposium, AANA, San Antonio, TX (2013)

Current Concepts in Hip Pain: Advanced Hip Arthroscopy and Rehabilitation

October 13, 2012 Physical Therapy Association of Georgia

Guest Speaker: Hip Arthroscopy, Emerging Techniques in Orthopedic Surgery, Las Vegas, NV (2012)

Faculty Instructor: Hip Arthroscopy Lab; Smith & Nephew. Tampa, FL, (2012)

Guest Speaker: Online Professional Networks: Orthomind. Hospital for Special Surgery Alumni Meeting, New York, NY (2012)

Guest Speaker: International Society of Hip Arthroscopy. Social Media/Professional Networking in Hip Arthroscopy. Cancun, Mexico. (2010)

Guest Speaker: Electronic Skills Pavilion, Social Media/Professional Networking in Orthopaedic Surgery. New Orleans (2010)

Advances in Hip Arthroscopy for Physical Therapists. EAH Hip Arthroscopy Center, (2010)

Faculty Instructor: Hip Arthroscopy Lab, Smith & Nephew, Macon, GA (2010)

Social Media in Orthopaedic Surgery. Electronic Skills Pavilion. AAOS. (2010)

Current Concepts in Hip Arthroscopy. Rehab Summit. (2009)

Faculty Instructor: Advanced Hip Arthroscopy. Faculty Instructor: ACL Reconstruction Surgery Options Rehab Summit. Cross Country Education. Austin, Texas (2009)

Advanced Hip Arthroscopy. Emory Univ. Dept. Orthopaedics Grand Rounds (2009)

Guest Speaker: Advanced Medial Specialists / Concentra, Pearls of Ortho Referrals in Worker's Compensation. Atlanta, GA (2008)

Guest Speaker: Advanced Medical Specialists / Concentra, Pearls of Ortho Referrals in Worker's Compensation. Atlanta, GA (2008)

Hip Arthroscopy, Newest Advances. (2007)

Worker's Compensation Strategies. Saving Money and Saving Workers. (2007)

Guest Speaker: Goodman, McGuffey, Lindsey & Johnson, Worker's Compensation Seminar. Atlanta, GA (2007)

Guest Speaker: Georgia State Board of Worker's Compensation Meeting. Atlanta, GA (2007)

Faculty: Rehab Summit. Cross Country Education. Las Vegas, NV (2007)

Instructor: ACL Reconstruction Surgery Options. Double Bundle. Faculty Instructor: Shoulder Surgery Options after Dislocation. Faculty Instructor: Patellofemoral Joint Pathology: Surgical Options Faculty Instructor: Osteotomy about the Knee. High Tibial and Distal Femoral Osteotomy.

Corporate Fitness for Runners. FHL Bank (2006)

Meniscus Allograft Transplantation vs. Meniscectomy. Cost Impact. (2006)

Quality Care Saves Money. Knee and Shoulder Injuries in the Workplace (2006)

Shoulder, Ankle and Knee Anatomy - Correlation with on Field Evaluation, Surgery and Rehab. In association with National Athletic Trainer's Association (NATA) and (GATA). (2006)

Elbow Injuries in the Workplace, Zurich Insurance of North America (2004)

Shoulder Injuries in the Workplace. MARTA (2004)

Knee and Shoulder Injuries in the Workplace. Avoiding complications. Georgia Work Comp Law Institute. Sea Island, GA (2003)

Imaging Techniques in Orthopaedics Georgia Self Insurers Association 2003 Spring Conference. Brasstown Valley, Young Harris, GA (2003)

Current Concepts on Shoulder Injuries in the Workplace. Shepherd Spinal Rehabilitation Center, Atlanta, GA. Drew, Eckl & Farnham. Atlanta, GA, AIGS Atlanta, GA (2002)

Course Director/Program Faculty - Current Concepts in Sports Medicine, PT/AT Peachtree Orthopaedic Clinic, Atlanta, GA (2002)

Program Faculty - Office Orthopaedics Course for Primary Care MD's - Peachtree Orthopaedic Clinic, Atlanta, GA (2001)

**Hyman J**, Marx RG, Barnes R, Hansen B, Kennelly S, Potter HG, O'Brien SJ, Warren RF. (2000)

Prognostic factors for Return to Play Following Hamstring Injury, National Football League Physicians Society, Indianapolis, Indiana, (2000)

Marx RG, **Hyman J**, Metzl, JD, Barnes R, Hansen B, Kennelly S, O'Brien SJ, Warren RF. The Incidence of Exercise Induced Bronchospasm in National Football League Players, National Football League Physicians Society, Indianapolis, Indiana, 2000. (Podium by RG Marx) (2000)

**Hyman J**, Marx RG, Barnes R, Hansen B, Kennelly S, O'Brien SJ, Warren RF. Isolated Meniscal Tears in National Football League Players: A Ten Year Review, National Football League Physicians Society, Indianapolis, Indiana, (2000)

Altchek, DW and **Hyman, J.** Reconstruction of the Ulnar Collateral Ligament in Overhead Throwers: Docking Procedure. American Orthopaedic Association Annual Meeting, Sun Valley, Idaho (Podium by Altchek) (1999)

MR Diagnosis of Partial ACL Tears: Correlation with Arthroscopy, American Academy of Orthopaedic Surgery 32nd Annual Resident's Conference - Chapel Hill, NC (1999)

The Arthroscopic Treatment of Acute Total Hip Arthroplasty Infections: Mean Five Year Follow-Up. American Academy of Orthopaedic Surgery 32nd Annual Resident's Conference - Chapel Hill, NC (1999)

The Arthroscopic Treatment of Acute Total Hip Arthroplasty Infections: Mean Five Year Follow-Up. Residents & Fellows Arthroscopy Conference, New Orleans, LA (1999)

MR Diagnosis of Partial ACL Tears: Correlation with Arthroscopy. (1999)

**PROFESSIONAL ORGANIZATIONS**

American Academy of Orthopaedic Surgeons (current)

American Orthopaedic Society for Sports Medicine (current)

American Board of Orthopaedic Surgeons (current)

International Society for Hip Arthroscopy (current)

Harvard Club of Georgia (current)

Stanford Club of Georgia (current)

Georgia Orthopaedic Society (previous)

Arthroscopy Association of North America (previous)

Atlanta Orthopedic Society (previous)

Southern Orthopedic Association (previous)

**PROFESSIONAL SERVICE / VOLUNTEER WORK: INTERNATIONAL EXPERIENCE**

2017 Medical Outreach of America – Orthopedic Surgical Mission; Guatemala

2006 Atlanta Sports Medicine Staff Saturday High School Football Injury Clinic.

2006 U.S. Paralympics Track and Field National Championships, Atlanta. Medical Staff.

2006 Provider for HSS Procare: for Professional Athletes, NBA Retired Athletes and the Major League Baseball Alumni Association

2005 Atlanta Senior Olympics. Medical Staff. Track and Field Venue.

2006, 2005, 2002 Student Mentoring / Career Day Speaker. Middle Schools. Continuing Education, 2006, 2005, 2002

1999 Visiting Fellow. Assisted Dr. Lars Peterson in surgical treatment of osteochondral defects of the femoral condyle using Autologous Chondrocyte Implantation (ACI). Gothenburg Medical Center, Goteborg, Sweden, 1999

1999 Visiting Fellow. Evaluated and treated patients in an isolated village. Observed surgical procedures: arthroscopy and Ilizarov technique (Dr. Dror Paley). Host: Dr Anant Joshi, American Sports Medicine Institute and Bombay Hospital. Bombay, India

1999 Visiting Fellow. Participated in clinical rounds, patient evaluation and surgical observation. Hosts: Dr. Samih Tarabichi, American Hospital, Dubai, Dr. Abdul Khaliq, Zaid Military Hospital, Abu Dhabi

1994 Externship in General Surgery and Orthopaedic Surgery via Harvard Medical School. Performed clinical and surgical responsibilities at San Gabriel Hospital under the direction of Dr. Beltran. La Paz, Bolivia.

1991 Paul Dudley White Traveling Fellowship via Harvard Medical School. Studied AIDS epidemiology and the use of low-dose alpha-interferon in the treating HIV, Kenya Medical Research Institute (KEMRI) Host: Dr. Davy Koech Nairobi, Kenya.

**CONTINUING EDUCATION**

2019- American Academy of Orthopedic Surgeons Annual Meeting, Las Vegas, NV

2017 - International Society for Hip Arthroscopy Meeting, Santiago, Chile

2017 – American Academy of Orthopedic Surgeons Annual Meeting, San Diego, CA

2016 – American Association for Orthopedic Sports Medicine Annual Meeting, Keystone, CO

2016- Hip Symposium, Vail, CO

2016-Visiting Surgeon Program, Dr. Brian White, Vail, CO

2015- International Society for Hip Arthroscopy meeting, Cambridge, England

2015- American Academy of Orthopaedic Surgeons Annual Meeting, Las Vegas, NV

2013- American Orthopaedic Society of Sports Medicine, Rosemont, Il

2013 – American Academy of Orthopaedic Surgeons Annual Meeting, Chicago, IL

2012-Hospital for Special Surgery Alumni meeting, New York, NY 2012

2012- American Orthopaedic Society of Sports Medicine, San Francisco, CA

2011- International Society for Hip Arthroscopy Annual Scientific Meeting in Paris, France

2011- American Academy of Orthopaedic Surgeons Annual Meeting in San Diego, CA

2010- International Society for Hip Arthroscopy meeting. Cancun, México

2010 - American Orthopaedic Society of Sports Medicine AOSSM Ann. Meeting; Providence. I

2010 - American Academy of Orthopaedic Surgeons, Annual Meeting; New Orleans, LA

2009 – Hospital for Joint Diseases. Hip Pain in the Young Adult. Arthroscopy. New York, NY

2009 – Hospital for Special Surgery Alumni meeting, New York, NY 2009

2009 – Annual Meeting International Society for Hip Arthroscopy, New York, NY

2009 - American Academy of Orthopaedic Surgeons, Annual Meeting; Las Vegas, NV

2009 - AO North America, Preservation of the Hip. Lake Tahoe, NV

2008 – Hip Arthroscopy and Hip Disease in the Young. Harvard Medical School. Boston, MA

2008 - American Academy of Orthopaedic Surgeons, Annual Meeting; San Francisco, CA

2008 - Cartilage Repair Symposium. Hospital for Special Surgery, NY, NY

2007 - Boston Cartilage Course, April. Harvard Medical School

2007 - American Academy of Orthopaedic Surgeons, Annual Meeting; San Diego, CA. AOSSM Specialty Day.

2007 - NFL Team Physicians Society Scientific Meeting; Indianapolis, IN

2006 - Sports Medicine Anatomy Cadaver Lab. Surgical and On-Field Applications. Course Director. Atlanta

2006 - NFL Team Physicians Society Scientific Meeting; Indianapolis, IN

2005 -Arthroscopy Associaton of North America AANA Annual Meeting; Phoenix, AZ

2005 - American Orthopaedic Society of Sports Medicine AOSSM Annual Meeting; Keystone, CO

2005 - American Academy of Orthopaedic Surgeons, Annual Meeting; Washington, DC

2005 - American Orthopaedic Society for Sports Medicine: Allograft Workshop, Atlanta, GA

2004 - American Academy of Orthopaedic Surgeons, Annual Meeting; San Francisco, CA

2004 - AAOS / ASES Shoulder and Elbow Surgeons Meeting, Monterey, CA

2003 - American Orthopaedic Society of Sports Medicine Annual Meeting, San Diego, CA

2003 - Masters in Shoulder Surgery, Arthrex, Inc. Naples, FL

2002 - Hospital for Special Surgery Annual Alumni Symposium on the Knee, NY, NY

2002 - Oscar Miller Day Annual Meeting, Sports Symposium, Miller Orthopaedic Clinic, Charlotte, NC

2002 - Surgical Instructor - Masters in Knee Surgery, Arthrex, Inc. Naples, FL

2002 - Course Director/Program Faculty - Current Concepts in Sports Medicine, Atlanta, GA

2001 - Program Faculty - Office Orthopaedics Course for Primary Care MD's, Atlanta, GA

2000 - American Academy of Shoulder & Elbow Surgeons 2nd Biennial Meeting, Miami, FL

2000 - Program Faculty: Sports Medicine for the Athletic Child 2nd Annual Symposium. HSS. NY

1999 - Current Concepts in Shoulder & Elbow Reconstructive Surgery 7th Ann. Symposium Rye, NY

1998 - 10th Annual Holiday Total Knee Course, New York, NY

1998 - Johnson & Johnson Orthopaedic Residents Seminar in Hip/ Knee Arthroplasty, Cincinnati, OH

1998 - Hand Course, AAOS Hand Society, Mount Sinai Medical Center, New York, NY

1998 - Musculoskeletal Pathology Course, Mount Sinai Medical Center, New York, NY

1998 - American Academy Of Orthopaedic Surgery Shoulder, Elbow/Knee Course , Marco Island, FL

1997 - AO ASIF Basic Course, Davos, Switzerland

1997 - Basic Instruction in Microsurgery - Emory University School of Medicine, Atlanta, GA

1997 - Smith & Nephew, Richards Resident's Conference, Memphis, TN

**CREDENTIALS**

Fellow of the American Academy of Orthopaedic Surgeons
Diplomate, American Board of Orthopaedic Surgery, Board Certified
Diplomate, United States Medical Licensing Examination
State of New York Medical License (1997-2000)
State of Georgia Medical License (1994 – present)